| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) CHASANOW, DEBORAH K. | 2. Court or Organization U.S. DIST. CT. FOR D. OF MD. | 3. Date of Report 10/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE-SENIOR | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address RM 400 U.S. COURTHOUSE 6500 CHERRYWOOD LANE GREENBELT, MARYLAND 20770 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust created by family member's will (created 11/2011) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Maryland Retirement | $11,949.36 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. various | Retirement Income, State of Maryland Judiciary |
| 2. various | Private mediation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | rollover IRA, Delaware Charter Trustee (H) | | | | | | | | | |
| 2. | --Morgan Stanley Bank NA, formerly Daily Income Fund | A | Interest | K | T | | | | | |
| 3. | --Rayonier Inc. Reit | A | Dividend | | | Sold | 06/03/15 | K | D | |
| 4. | --Rayonier Advanced Matls Inc. | A | Dividend | | | Sold | 06/03/15 | J | A | |
| 5. | --Conoco Phillips | B | Dividend | K | T | | | | | |
| 6. | --Phillips 66 | A | Dividend | J | T | | | | | |
| 7. | --Washington REIT SBI | A | Dividend | J | T | | | | | |
| 8. | --Vanguard Dividend Appreciation | A | Dividend | K | T | Buy | 06/03/15 | K | | |
| 9. | --Vanguard Short-Term Corporate | A | Dividend | J | T | Buy | 06/03/15 | J | | |
| 10. | UNIMPROVED AGRICULTURAL LAND IN ST. MARY'S COUNTY, MD. | | None | L | W | | | | | |
| 11. | Ameriprise Financial AQEAX | A | Dividend | K | T | | | | | |
| 12. | Bank of America SAVINGS | A | Interest | L | T | | | | | |
| 13. | Bank of America CHECKING | A | Interest | O | T | | | | | |
| 14. | Bank of America checking | A | Interest | O | T | | | | | |
| 15. | Bank of America SAVINGS | B | Interest | M | T | | | | | |
| 16. | Morgan Stanley Bank N.A., formerly Daily Income Fund | A | Dividend | N | T | | | | | |
| 17. | America Movil SA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Equitable Life Insurance Policy--whole life | C | Dividend | M | T | | | | | |
| 19. Hartford Life Insurance Policy--whole life on parents' lives | D | Interest | N | T | | | | | |
| 20. SEP IRA (H) | | | | | | | | | |
| 21. --Morgan Stanley Bank NA, formerly Daily Income fund | A | Dividend | K | T | | | | | |
| 22. --Plum Creek Timber Co. | B | Dividend | L | T | | | | | |
| 23. --Encana Corp. | A | Dividend | | | Sold | 02/12/15 | J | B | |
| 24. --Cenovus Energy Inc. | A | Dividend | | | Sold | 02/12/15 | J | D | |
| 25. --Weyerhaeuser Company | B | Dividend | L | T | | | | | |
| 26. --Chevron Corp | C | Dividend | L | T | | | | | |
| 27. --MDU Resources Group Inc. | B | Dividend | | | Sold | 10/09/15 | K | B | |
| 28. --Washington REIT SBI | A | Dividend | K | T | | | | | |
| 29. --Regions Financial Corp. | A | Dividend | J | T | | | | | |
| 30. --Spectra Energy Corp. | B | Dividend | K | T | | | | | |
| 31. --Johnson and Johnson | B | Dividend | L | T | | | | | |
| 32. --Quest Diagnostics | A | Dividend | | | Sold | 02/12/15 | J | B | |
| 33. --Caterpillar Inc. | B | Dividend | L | T | | | | | |
| 34. --Coca Cola Company | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --General Mills Inc. | B | Dividend | K | T | | | | | |
| 36. --Vanguard Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 37. --iShares Barclays 1-3 year credit bond | A | Dividend | K | T | | | | | |
| 38. --Conoco Phillips | B | Dividend | K | T | | | | | |
| 39. --Phillips 66 | A | Dividend | K | T | | | | | |
| 40. --Rayonier Inc. | A | Dividend | J | T | | | | | |
| 41. --Rayonier Advanced Matls Inc. | A | Dividend | | | Sold | 10/09/15 | J | A | |
| 42. --Matthews Asian Japan Inv. | A | Dividend | K | T | | | | | |
| 43. --Bank of America Corp | A | Dividend | K | T | Buy | 10/09/15 | K | | |
| 44. --iShares S&P US PFD Stk Idx | A | Dividend | K | T | Buy | 02/12/15 | J | | |
| 45. --Pfizer Inc | A | Dividend | K | T | Buy | 10/09/15 | K | | |
| 46. --Vanguard FTSE Europe ETF | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 47. --Wisdomtree Trust Japn Hedge EQ | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 48. Regions Financial Corp. | A | Dividend | | | Sold | 10/09/15 | J | A | |
| 49. Spectra Enegy Corp. | A | Dividend | J | T | | | | | |
| 50. Anadarko Petroleum Corp. | A | Dividend | K | T | | | | | |
| 51. HP Inc Com, formerly Hewlett Packard Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Apache Corp. | A | Dividend | J | T | | | | | |
| 53. Bank of America Time Deposits | C | Interest | M | T | | | | | |
| 54. Ensco International PLC | A | Dividend | | | Sold | 06/03/15 | J | A | |
| 55. Nabors Industries Ltd | A | Dividend | | | Sold | 10/09/15 | J | A | |
| 56. BHP Billiton Ldt ADR | B | Dividend | | | Sold | 06/03/15 | K | A | |
| 57. Central Europe and Russia Fund | A | Dividend | | | Sold | 06/03/15 | J | A | |
| 58. Conoco Phillips | B | Dividend | K | T | | | | | |
| 59. Phillips 66 | A | Dividend | K | T | | | | | |
| 60. Freeport-McMoRan Copper & Gold Inc. | C | Dividend | | | Sold | 10/19/15 | L | A | |
| 61. iShares MSCI Germany Index | A | Dividend | J | T | | | | | |
| 62. Chesapeake Energy Corp. | A | Dividend | | | Sold | 06/03/15 | J | C | |
| 63. Seventy Seven Energy Inc. | | None | | | Sold | 06/03/15 | J | A | |
| 64. John Deere & Co. | B | Dividend | L | T | | | | | |
| 65. National Oil Well Varco Inc. | A | Dividend | | | Sold | 10/09/15 | K | E | |
| 66. NOW Inc. DNOW (spin off from national oil well) | | None | | | Sold | 06/03/15 | J | C | |
| 67. Transocean Ltd. | A | Dividend | | | Sold | 06/03/15 | J | A | |
| 68. Northern Trust Co. checking account | C | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. B of A. Fund Strat Mngd Acct (Merrill Lynch)(no control)(H) | | | | | | | | | |
| 70. --Allianz NFJ | A | Dividend | J | T | | | | | |
| 71. --BIF Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 72. --Ivy Asset Strategy | | None | | | Sold | 03/04/15 | J | A | |
| 73. --T Rowe Price Dividend | A | Dividend | J | T | | | | | |
| 74. --Blackrock Eqty Dividend | A | Dividend | J | T | | | | | |
| 75. --Legg Mason Western Asset | A | Dividend | J | T | | | | | |
| 76. --Mainstay Large Cap | B | Distribution | K | T | | | | | |
| 77. --MFS Value FD CL 1 | A | Dividend | J | T | Sold (part) | 03/04/15 | J | B | |
| 78. --Permanent Portfolio Fund | | None | | | Sold | 03/04/15 | J | A | |
| 79. --WellsFargo Adv Small Cap | A | Dividend | | | Sold | 03/04/15 | J | A | |
| 80. --Blackrock Short Term Muni | A | Dividend | J | T | | | | | |
| 81. --Columbia Select Large Cap | A | Dividend | J | T | Sold (part) | 03/04/15 | J | A | |
| 82. --The Oakmark Int'l Fund | A | Dividend | J | T | | | | | |
| 83. --Clearbridge Small Cap | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 84. --Oppenheimer International | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 85. --Harbor International (X) | A | Distribution | J | T | Buy | 03/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NextEra Energy, Inc. formerly FPL Group | B | Dividend | L | T | | | | | |
| 87. iShares Barclays TIPS bond | A | Dividend | K | T | | | | | |
| 88. Vanguard Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 89. iShares Barclays 1-3 Credit Bond | A | Dividend | K | T | | | | | |
| 90. iShares MSCI Brazil Index | A | Dividend | | | Sold | 06/03/15 | J | A | |
| 91. iShares MSCI Emerging Market Index Fund | A | Dividend | J | T | | | | | |
| 92. Capital One Bank, Bank accounts | B | Interest | M | T | | | | | |
| 93. Apple, Inc. | B | Dividend | L | T | | | | | |
| 94. American Woodmark Corp. | | None | K | T | Sold (part) | 10/09/15 | K | E | |
| 95. CF Industries Holdings, Inc. | B | Dividend | L | T | | | | | |
| 96. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 97. General Mills Inc. | A | Dividend | K | T | | | | | |
| 98. iShares MSCI Japan ETF | A | Dividend | K | T | Buy | 06/03/15 | K | | |
| 99. Genl Dynamics Corp | A | Dividend | K | T | Buy | 06/03/15 | K | | |
| 100. The India Fund Inc | A | Dividend | K | T | Buy | 06/03/15 | K | | |
| 101. Vanguard FTSE Europe ETF | A | Dividend | K | T | Buy | 06/03/15 | K | | |
| 102. Vanguard FTSE Pacific ETF | A | Dividend | K | T | Buy | 06/03/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Mid-Cap ETF | B | Dividend | K | T | Buy | 06/03/15 | K | | |
| 104. Vanguard Small Cap ETF | B | Dividend | K | T | Buy | 06/03/15 | K | | |
| 105. Wisdomtree Europe Hedged Equit | A | Dividend | K | T | Buy | 06/03/15 | K | | |
| 106. Wisdomtree Trust India | A | Dividend | K | T | Buy | 06/03/15 | K | | |
| 107. Wisdomtree Trust Japn Hedge EQ | A | Dividend | K | T | Buy | 06/03/15 | K | | |
| 108. Trust Under Family Member's Will (H) | E | Int./Div. | P1 | T | | | | | |
| 109. --Property in Sussex Co. Delaware | | | | | | | | | |
| 110. --Bank of America checking | | | | | | | | | |
| 111. --Plains All American Pipeline LP | | | | | | | | | |
| 112. --Energy Transfer Partners LP | | | | | | | | | |
| 113. --Seadrill Ltd. | | | | | Sold | 07/30/15 | J | | |
| 114. --Enterprise Prods Partners LP | | | | | | | | | |
| 115. --Clearbridge Energy MLP Tot Ret | | | | | | | | | |
| 116. --MPLX LP, formerly Markwest Engy Ptnrs | | | | | | | | | |
| 117. --Merck & Co Inc | | | | | | | | | |
| 118. --Nestle Spon ADR Rep | | | | | | | | | |
| 119. --Targa Res Ptnrs LP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. --Vodafone GP Plc ADS NEW | | | | | Buy | 03/18/15 | K | | |
| 121. --Altria Group Inc. | | | | | Sold | 03/18/15 | K | | |
| 122. --BCE Inc. | | | | | | | | | |
| 123. --Unit First Trust Deep Value Sub 10 Div. 10 | | | | | | | | | |
| 124. --Unit First Trust Dividend Strength 19 | | | | | Sold | 06/04/15 | M | | |
| 125. --Unit First Trust Dividend Strength 20 | | | | | Sold | 08/17/15 | K | | |
| 126. --Unit Van Kampen Morgan Stanley Stocks for 2016 | | | | | | | | | |
| 127. --First TR Morningstar Div | | | | | | | | | |
| 128. --First Trust DJ GL Sel DVD | | | | | | | | | |
| 129. --AT&T Inc | | | | | | | | | |
| 130. --Autodesk Inc Delaware | | | | | Sold | 07/27/15 | K | | |
| 131. --Clearbridge Amern Engy MLP FND | | | | | Sold (part) | 07/27/15 | K | | |
| 132. --First Trust New Opp MLP&ENE FD | | | | | Sold (part) | 07/27/15 | K | | |
| 133. --Unit First Trust Uncommon Values Growth and Income 2014 | | | | | Sold | 09/04/15 | J | | |
| 134. --Unit First Trust Capital Strength Buy-Write 16 | | | | | Sold | 12/31/15 | K | | |
| 135. --Unit Guggenheim SMID Dividend Strength 1 | | | | | Sold (part) | 11/03/15 | J | | |
| 136. --Unit Guggenheim European High Dividend 2 | | | | | Sold (part) | 05/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. --Verizon Communications | | | | | | | | | |
| 138. --Unit First Trust Capital Strength Buy-Write 25 | | | | | Buy | 12/15/15 | J | | |
| 139. --Unit First Trust Dividend Strength 27 | | | | | Buy | 06/04/15 | M | | |
| 140. --Unit First Trust Dividend Strength 28 | | | | | Buy | 08/17/15 | K | | |
| 141. --Unit Invesco S&P Dividend Sustainability 2015-3 | | | | | Buy | 09/04/15 | K | | |
| 142. --Unit First Trust Deep Value Dividend 8 | | | | | Buy | 09/22/15 | K | | |
| 143. --Johnson & Johnson | | | | | Buy | 03/18/15 | K | | |
| 144. --NRG Yield Inc. | | | | | Buy | 07/27/15 | K | | |
| 145. JAMS, Inc/Endispute | E | Int./Div. | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 85.  Asset purchased in 2014, but inadvertently not included in last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DEBORAH K. CHASANOW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544